NO. 10,700

John A McNeal,
    PETITIONER

§    IN THE TEXAS COURT
§
§
VS.                                                 §    OF
§
THE STATE OF TEXAS,                    §
    RESPONDENT                            §    CRIMINAL APPEALS

MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, John A McNeal , Petitioner, and files this motion for an extension of sixty- (60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

I.

The Petitioner was convicted in the 84th District Court of Hutchinson County, Texas of the offense of Poss. of Control Sub. w/intent Deliv. in Cause No. 10,700 , styled The State of Texas vs. John A McNeal The Petitioner appealed to the Court of Appeals, 7th Supreme Judicial District, Appeal No. 07-14-00355 CR . The case was affirmed on 8-18-2015 .

II.

The present deadline for filing the Petition for Discretionary Review is 09-18-2015. The Petitioner has not requested any extension prior to this request.

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 01 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

SEP 03 2015

Abel Acosta, Clerk

III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until 08-18-2015 . Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Donald Schofield , has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. 10,700 to 10-18-2015 .

Respectfully submitted,

_Johnta McNeal_

Petitioner Pro Se
TDCJ # 1958472
Texas Department of Criminal Justice

## CERTIFICATE OF SERVICE

I, John A McNeal , do hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by United States Mail, postage prepaid, first class, to the State Prosecuting Attorney, P. O. Box 12405, Austin, TX 78711, and the District Attorney for Hutchinson County, Texas on the 28 day of August , 20 15

_____
Petitioner Pro Se

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 01 2015

Abel Acosta, Clerk

Date: 08-28-2015

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
PO Box 12308
Austin, TX 78711

Dear Mr. Acosta:

Enclosed please find my pro se Petitioner's Motion for Extension of Time to File a Petition for Discretionary Review. Please file this Motion with the papers of this case and bring it to the attention of the Court.

Please date-stamp this letter and return it to me at my address shown below.

I also request that you notify me of the Court's ruling on my Motion.

Sincerely,

Johnta McNeal

Petitioner Pro Se
TDCJ # 01958472
Texas Department of Criminal Justice
Unit: Middleton
Address: 13055 Fm 3522
Abilene TX. 79601